**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>*ex rel.* BENJAMIN DECKER,<br><br>Plaintiff-Relator,<br>-vs-<br><br>DETROIT CLUB MANAGEMENT CORPORATION, DETROIT HOLDINGS, LLC, EMRE URALLI, and LYNN KASSOTIS.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 23-10209<br>Hon. Mark A. Goldsmith<br>Mag. Curtis Ivy, Jr.<br><br>**<u>Filed In Camera and Under Seal</u>** |

**<u>THE UNITED STATES' NOTICE OF INTERVENTION</u>**

Pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733, the United States ("United States" or the "Government") notifies the Court that it hereby intervenes in this action for the purpose of settlement. The United States, Relator, and Defendants have entered into a settlement agreement, which requires Defendants to pay the settlement amount to the Government on February 13, 2025. Upon the United States' receipt of the settlement amount, the parties intend to submit to the Court a joint stipulation requesting the dismissal of this case. Alternatively, if

Defendants fail to pay the settlement amount, the United States intends move to enforce the settlement agreement within 60 days.

The United States requests that the relator's Complaint, this Notice, and the accompanying proposed Order be unsealed. The Government requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' non-public investigation, including methods and thought processes for assessing relator's allegations, these submissions were provided under 31 U.S.C. § 3730(b)(3) to the Court, alone, for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. *See id.* 3730(b)(2)-(3) (providing only for unsealing of the *in camera* complaint).

A proposed order accompanies this notice.

Respectfully submitted,

JULIE A. BECK
Acting United States Attorney

/s/John Postulka
JOHN POSTULKA (P71881)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9118
John.postulka2@usdoj.gov

**Certification of Service**

I hereby certify under penalty of perjury that on February 12, 2025, this Notice and the Proposed Order were served electronically upon relator's counsel Samuel Simkins at sam@akeelvalentine.com.

/s/Aida Garmo
Legal Assistant