**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| *ex rel.* BENJAMIN DECKER, | ) | Civil Action No. 23-10209 |
| | ) | Hon. Mark A. Goldsmith |
| Plaintiff-Relator, | ) | Mag. Curtis Ivy, Jr. |
| -vs- | ) | |
| | ) | |
| DETROIT CLUB MANAGEMENT CORPORATION, DETROIT HOLDINGS, LLC, EMRE URALLI, and LYNN KASSOTIS. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

______________________________________________________________/

**JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE**

This action was brought under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733. On February 12, 2025, the United States (the "Government") notified the Court of its decision to intervene in this action. (ECF 10, PageID.103.)

The Government, Relator, and Defendants entered into a settlement agreement to resolve this case. Accordingly, the Government and Relator now seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the

settlement agreement. The Complaint has not been served on any of the defendants and there are no pending motions before the Court.

A proposed order accompanies this notice.

Respectfully submitted,

JULIE A. BECK
Acting United States Attorney

Date: February 27, 2025

/s/John Postulka
JOHN POSTULKA (P71881)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9118
john.postulka2@usdoj.gov

/s/ Samuel R. Simkins
SAMUEL R. SIMKINS (P81210)
Akeel & Valentine, PLC
Attorney for Relator
888 W. Big Beaver Road, Suite 350
Troy, Michigan 48084
(313) 658-3308
sam@akeelvalentine.com

Date: February 27, 2025

# **Certification of Service**

I hereby certify under penalty of perjury that on February 27, 2025, this Motion and the Proposed Order were served electronically upon relator's counsel Samuel Simkins at sam@akeelvalentine.com.

/s/Aida Garmo
Legal Assistant