**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| *ex rel.* BENJAMIN DECKER, | ) | Civil Action No. 23-10209 |
| | ) | Hon. Mark A. Goldsmith |
| Plaintiff-Relator, | ) | Mag. Curtis Ivy, Jr. |
| -vs- | ) | |
| | ) | |
| DETROIT CLUB MANAGEMENT CORPORATION, DETROIT HOLDINGS, LLC, EMRE URALLI, and LYNN KASSOTIS. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_______________________________________________/

**JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE**

This action was brought under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733. On February 12, 2025, the United States (the "Government") notified the Court of its decision to intervene in this action. (ECF 10, PageID.103.)

The Government, Relator, and Defendants entered into a settlement agreement to resolve this case. Accordingly, the Government and Relator now seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the

settlement agreement. The Complaint has not been served on any of the defendants and there are no pending motions before the Court.

A proposed order accompanies this notice.

Respectfully submitted,

JULIE A. BECK
Acting United States Attorney

Date: March 11, 2025

/s/John Postulka
JOHN POSTULKA (P71881)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9118
john.postulka2@usdoj.gov

/s/ Samuel R. Simkins
SAMUEL R. SIMKINS (P81210)
Akeel & Valentine, PLC
Attorney for Relator
888 W. Big Beaver Road, Suite 350
Troy, Michigan 48084
(313) 658-3308
sam@akeelvalentine.com

Date: March 11, 2025

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>*ex rel.* BENJAMIN DECKER,<br><br>Plaintiff-Relator,<br>-vs-<br><br>DETROIT CLUB MANAGEMENT CORPORATION, DETROIT HOLDINGS, LLC, EMRE URALLI, and LYNN KASSOTIS.<br><br>Defendants. | ) | Civil Action No. 23-10209<br>Hon. Mark A. Goldsmith<br>Mag. Curtis Ivy, Jr. |

______________________________________/

**PROPOSED ORDER**

This action was brought under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733. The United States (the "Government") notified the Court of its decision to intervene in this action on February 12, 2025. ECF 10, PageID.103. The parties have since entered into a settlement agreement to resolve the action the Government and Relator have requested dismissal of this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(1).

In light of the above and for good cause shown, it is **ORDERED** that the claims asserted by Relator in this action are **DISMISSED WITH PREJUDICE**.

s/Mark A. Goldsmith
HONORABLE MARK A. GOLDSMITH
United States District Judge

Date: March 14, 2025